```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KIMBERLY A. SANCHEZ
    Assistant U.S. Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, CA 93721
 4  Telephone: (559)497-4000
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 1:11-MJ-00165 SMS |
|---|---|
| Plaintiff, | ) STIPULATION AND<br>) ORDER FOR CONTINUANCE OF |
| v. | ) PRELIMINARY HEARING |
| ESTHER WALKER, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Dale Blickenstaff, attorney for Esther Walker, that the preliminary hearing set for September 2, 2011 at 1:30 p.m. be continued to September 30, 2011 at 1:30 p.m. The parties have been engaged in further investigation that may result in a disposition of the matter negating the need for a preliminary hearing, but need additional time to complete that investigation. Thus, the parties agree that pursuant to F.R.Crim.P. 5.1(d), the 14 day time limitation set forth in F.R.Crim.P. 5.1(c) will be extended to permit scheduling of the preliminary hearing on September 30, 2011 which takes into account the public interest in prompt disposition of the case.

For the reasons set forth above, the parties respectfully request that the preliminary hearing scheduled for August 12, 2011 be moved to September 30, 2011 at 1:30 p.m.

Dated: August 31, 2011                    Respectfully submitted,

                                          BENJAMIN B. WAGNER
                                          United States Attorney

                                    By    /s/ Kimberly A. Sanchez
                                          KIMBERLY A. SANCHEZ
                                          Assistant U.S. Attorney

Dated: August 31, 2011                    /s/ Dale Blickenstaff
                                          DALE BLICKENSTAFF
                                          Attorney for Esther Walker


IT IS SO ORDERED that the preliminary hearing for defendant Esther Walker, set for September 2, 2011 at 1:30 p.m. before Judge Snyder is continued to September 30, 2011 at 1:30 p.m. before Judge Oberto.

IT IS SO ORDERED.

**Dated:   August 31, 2011**            /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE