1 | **DALE A. BLICKENSTAFF** - #40681
Attorney at Law
2 | 2350 W. Shaw Ave, Suite 132
Fresno, California 93711
3 | (559) 432-0986 Telephone
(559) 432-4871 Facsimile
4 |
5 | Attorney for Defendant, ESTHER WALKER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | **Case No. 1:11-MJ-00165 SMS** |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER FOR CONTINUANCE OF PRELIMINARY HEARING** |
| v. | ) | |
| ESTHER WALKER, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Dale Blickenstaff, attorney for Esther Walker, that the preliminary hearing set for November 18, 2011 at 1:30 p.m. be continued to December 2, 2011 at 1:30 p.m. The parties have been engaged in further investigation that may result in a disposition of the matter negating the need for a preliminary hearing, but need additional time to complete that investigation. Thus, the parties agree that pursuant to F.R.Crim.P. 5.1(d), the 14 day time limitation set forth in F.R.Crim.P. 5.1(c) will be extended to permit scheduling of the preliminary hearing on December 2, 2011, which takes into account the public interest in prompt disposition of the case.

/ / /

/ / /

/ / /

**STIPULATION AND ORDER FOR CONTINUANCE OF PRELIMINARY HEARING**
**Case No. 1:11-MJ-00165 SMS**

For the reasons set forth above, the parties respectfully request that the preliminary hearing scheduled for November 18, 2011, be moved to December 2, 2011 at 1:30 p.m.

Dated: November 15, 2011                    Respectfully submitted,

                                                        BENJAMIN B. WAGNER
                                                       United States Attorney

                                                       By   /s/ Kimberly A. Sanchez
                                                       KIMBERLY A. SANCHEZ
                                                       Assistant U.S. Attorney

Dated: November 15, 2011                    By   /s/ Dale Blickenstaff
                                                       DALE BLICKENSTAFF
                                                     Attorney for Esther Walker

## ORDER

IT IS SO ORDERED.

Dated:    **November 15, 2011**            /s/ **Gary S. Austin**
                                                       UNITED STATES MAGISTRATE JUDGE