1 **DALE A. BLICKENSTAFF** - #40681
Attorney at Law
2 2350 W. Shaw Ave, Suite 132
Fresno, California 93711
3 (559) 432-0986 Telephone
(559) 432-4871 Facsimile
4

5 Attorney for Defendant, ESTHER WALKER

6

7

8 **IN THE UNITED STATES DISTRICT COURT**

9 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11 UNITED STATES OF AMERICA,  ) **Case No. 1:11-MJ-00165 SMS**
                              )
12        Plaintiff,           ) **STIPULATION AND ORDER FOR**
                              ) **CONTINUANCE OF PRELIMINARY**
13 v.                          ) **HEARING**
                              )
14 ESTHER WALKER,              )
                              )
15        Defendant.           )
   _____ )
16

17

18    IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney

19 and Kimberly A. Sanchez, Assistant U.S. Attorney and Dale Blickenstaff, attorney for Esther Walker,

20 that the preliminary hearing set for December 2, 2011 at 1:30 p.m. be continued to January 6, 2012

21 at 1:30 p.m.  The parties have been engaged in further investigation that may result in a disposition

22 of the matter negating the need for a preliminary hearing, but need additional time to complete that

23 investigation.  Thus, the parties agree that pursuant to F.R.Crim.P. 5.1(d), the 14 day time limitation

24 set forth in F.R.Crim.P. 5.1(c) will be extended to permit scheduling of the preliminary hearing on

25 January 6, 2012, which takes into account the public interest in prompt disposition of the case.

26 / / /

27 / / /

28 / / /

---

**STIPULATION AND ORDER FOR CONTINUANCE OF PRELIMINARY HEARING**
**Case No. 1:11-MJ-00165 SMS**

For the reasons set forth above, the parties respectfully request that the preliminary hearing scheduled for December 2, 2011, be moved to January 6, 2012 at 1:30 p.m.

Dated: November 29, 2011                                   Respectfully submitted,

                                                             BENJAMIN B. WAGNER
                                                             United States Attorney

                                                             By   /s/ Kimberly A. Sanchez
                                                             KIMBERLY A. SANCHEZ
                                                             Assistant U.S. Attorney

Dated: November 29, 2011                                   By   /s/ Dale Blickenstaff
                                                             DALE BLICKENSTAFF
                                                             Attorney for Esther Walker

**ORDER**

IT IS SO ORDERED.

**Dated:   November 30, 2011**                   /s/ Sheila K. Oberto
                                                         UNITED STATES MAGISTRATE JUDGE