```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KIMBERLY A. SANCHEZ
    Assistant U.S. Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, CA 93721
 4  Telephone: (559)497-4000
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 1:11-MJ-00165 SMS |
|---|---|
| Plaintiff, | ) AMENDED STIPULATION AND ORDER |
| | ) FOR CONTINUANCE OF PRELIMINARY |
| v. | ) HEARING |
| ESTHER WALKER, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Dale Blickenstaff, attorney for Esther Walker, that the preliminary hearing set for January 6, 2012 at 1:30 p.m. be continued to January 27, 2012 at 1:30 p.m. The parties continue to engage in further discussions and investigation and believe that they will reach a disposition of the matter negating the need for a preliminary hearing, but need additional time to complete that process and investigation. Thus, the parties agree that pursuant to F.R.Crim.P. 5.1(d), the 14 day time limitation set forth in F.R.Crim.P. 5.1(c) will be extended to permit scheduling of the preliminary hearing on

/ / /

1

January 27, 2012 which takes into account the public interest in prompt disposition of the case.

For the reasons set forth above, the parties respectfully request that the preliminary hearing scheduled for January 6, 2012 be moved to January 27, 2012 at 1:30 p.m.

Dated: January 3, 2012            Respectfully submitted,

                                      BENJAMIN B. WAGNER
                                      United States Attorney

                              By    /s/ Kimberly A. Sanchez
                                      KIMBERLY A. SANCHEZ
                                      Assistant U.S. Attorney

Dated: January 3, 2012            /s/ Dale Blickenstaff
                                        DALE BLICKENSTAFF
                                        Attorney for Esther Walker

<u>ORDER</u>

Pursuant to the parties' stipulation, the continuance is granted as set forth above. A preliminary hearing is set for Friday, January 27, 2012 at 1:30 p.m. in Courtroom 9 before Magistrate Judge Dennis L. Beck.

IT IS SO ORDERED.

**Dated: January 3, 2012**                  **/s/ Gary S. Austin**
                                               UNITED STATES MAGISTRATE JUDGE