```
 1  DALE A. BLICKENSTAFF - #40681
    Attorney at Law
 2  2350 W. Shaw Ave, Suite 132
    Fresno, California 93711
 3  (559) 432-0986 Telephone
    (559) 432-4871 Facsimile
 4
 5  Attorney for Defendant, ESTHER WALKER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | **Case No. 1:11-MJ-00165 SMS** |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER FOR CONTINUANCE OF PRELIMINARY HEARING** |
| v. | ) | |
| ESTHER WALKER, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Dale Blickenstaff, attorney for Esther Walker, that the preliminary hearing set for January 27, 2012 at 1:30 p.m. be continued to February 17, 2012 at 1:30 p.m. The parties have been engaged in further investigation that may result in a disposition of the matter negating the need for a preliminary hearing, but need additional time to complete that investigation. Thus, the parties agree that pursuant to F.R.Crim.P. 5.1(d), the 14 day time limitation set forth in F.R.Crim.P. 5.1(c) will be extended to permit scheduling of the preliminary hearing on February 17, 2012, which takes into account the public interest in prompt disposition of the case.

/ / /

/ / /

/ / /

**STIPULATION AND ORDER FOR CONTINUANCE OF PRELIMINARY HEARING**
**Case No. 1:11-MJ-00165 SMS**

For the reasons set forth above, the parties respectfully request that the preliminary hearing scheduled for January 27, 2012, be moved to February 17, 2012 at 1:30 p.m.

Dated: January 25, 2012  Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By  /s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney

Dated: January 25, 2012  By  /s/ Dale Blickenstaff
DALE BLICKENSTAFF
Attorney for Esther Walker

IT IS SO ORDERED.

Dated:  **January 26, 2012**          **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE