IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:11-MJ-00165 SMS |
| Plaintiff, | ) | |
| v. | ) ) ) | ORDER ON GOVERNMENT'S MOTION TO DISMISS (Fed. R. Crim. P. 48 (a)) |
| ESTHER WALKER, | ) | |
| Defendant. | ) | |

O R D E R

IT IS HEREBY ORDERED that the complaint in the above-entitled case be dismissed as to Esther Walker with prejudice.

IT IS SO ORDERED.

Dated: __April 4, 2013__         __/s/ Barbara A. McAuliffe__
UNITED STATES MAGISTRATE JUDGE